

# NUMBER 13-25-00310-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**SYGMA HOMES, LLC**
**D/B/A SYGMA BUILDERS,**                                   **Appellant,**

**v.**

**OSCAR CABRERA GONZALEZ,**                                   **Appellee.**

---

## ON APPEAL FROM THE COUNTY COURT AT LAW NO. 4
## OF HIDALGO COUNTY, TEXAS

---

# MEMORANDUM OPINION

### Before Justices Peña, West, and Fonseca
### Memorandum Opinion by Justice Peña

This case is before the Court on its own motion. On March 30, 2026, we granted appellant's counsel's motion to withdraw. On the same date, the Clerk of the Court notified appellant that it appeared they were appearing without counsel and that only an attorney may represent a party other than oneself. *See Kunstoplast of Am. v. Formosa Plastics*

*Corp., USA*, 937 S.W.2d 455, 456 (Tex. 1996). Appellant was instructed to obtain counsel and have counsel file an appearance in the matter on or before April 9, 2026. On April 1, 2026, appellant's former counsel submitted correspondence demonstrating she had provided the appellant with this Court's Order and instruction to obtain new counsel. Appellant was further advised the timeline to file a brief had been extended. Appellant's brief was due on or before May 7, 2026.

Appellant has failed to respond, no counsel has made an appearance on behalf of appellant, and the entity has otherwise failed to timely prosecute the appeal. Texas Rule of Appellate Procedure 42.3 permits an appellate court, on its own initiative after giving ten days' notice to all parties, to dismiss the appeal for want of prosecution or for failure to comply with a requirement of the appellate rules. *See* TEX. R. APP. P. 42.3(b), (c). We are of the opinion that appellant has both failed to obtain counsel as instructed and failed to timely file its brief. Accordingly, this appeal is dismissed for want of prosecution. *See id.*

L. ARON PEÑA JR.
Justice

Delivered and filed on the
2nd day of July, 2026.